# UNITED STATES COURT OF APPEALS

## FOR THE NINTH CIRCUIT

| | |
|---|---|
| JONATHAN ROBINSON, *et al.*, | |
| Plaintiffs-Appellants, | Case No. 11-17615 |
| v. | |
| AMERICAN HOME MORTGAGE SERVICING, INC., *et al.*, | |
| Defendants-Appellees. | |

## STIPULATION FOR VOLUNTARY DISMISSAL
## OF CLAIMS BY APPELLANTS PABLO E. LEON AND IRENE E. RODRIGUEZ ONLY

Pursuant to Fed. R. App. P. 42(b), appellants Pablo E. Leon and Irene E. Rodriguez (the "Leons") and appellees Litton Loan Servicing LP ("Litton"), MERSCORP, Inc. ("MERSCORP"), and Mortgage Electronic Registration Systems, Inc. ("MERS") (collectively, "appellees"), through their respective counsel, Valerie R. Edwards, Esq. of the law offices of Koeller Nebeker Carlson & Haluck, LLP (the Leons), Gregory N. Blase, Esq. of the law offices of K&L Gates LLP (Litton), and Robert M. Brochin, Esq. of the law offices of Morgan, Lewis & Bockius LLP (MERSCORP and MERS), hereby stipulate and agree that the Leons' appeal of the dismissal of their claims against appellees is hereby dismissed.

Specifically, the Leons voluntarily dismiss their claims for wrongful foreclosure (Count Two in MERS MDL Consolidated Amended Master Complaint); violation of Oregon Revised Statute § 86.735 (Count Four in MERS MDL Consolidated Amended Master Complaint); aiding and abetting wrongful foreclosure (Count Five in MERS MDL Consolidated Amended Master Complaint); violation of Oregon Revised Statute §§ 646.607, *et seq.* (Count Nine in MERS MDL Consolidated Amended Master Complaint); declaratory relief (Count Eleven in MERS MDL Consolidated Amended Master Complaint); and injunctive relief (Count Twelve in MERS MDL

Consolidated Amended Master Complaint).  The Leons are the only named plaintiffs identified in connection with Counts Four and Nine, and, accordingly, the appeal as to the dismissal of those two counts is dismissed in its entirety.  As to the Counts Two, Five, Eleven, and Twelve, this dismissal is with respect to the Leons' claims only.

Each party shall bear his, her, or its own costs and expenses, including attorneys' fees (except as otherwise agreed to by the parties).

Respectfully submitted,

| *s/ Valerie R. Edwards (by permission)* | *s/ Gregory N. Blase* |
|---|---|
| Valerie R. Edwards | R. Bruce Allensworth |
| KOELLER NEBEKER CARLSON & HALUCK, LLP | Brian M. Forbes |
| 3200 North Central Avenue, Suite 2300 | Gregory N. Blase |
| Phoenix, AZ 85012 | K&L GATES LLP |
| Tel: (602) 256-0000 | State Street Financial Center |
| Fax: (602) 256-2488 | One Lincoln Street |
| **Counsel of Record for Pablo E. Leon and Irene E. Rodriguez** | Boston, MA 02111 |
| | Tel. (617) 261-3100 |
| | Fax (617) 261-3175 |
| | Email:  bruce.allensworth@klgates.com |
| | brian.m.forbes@klgates.com |
| | gregory.blase@klgates.com |
| | **Counsel for Litton Loan Servicing LP** |
| | |
| | *s/ Robert M. Brochin (by permission)* |
| | Robert M. Brochin |
| | Benjamin Weinberg |
| | MORGAN, LEWIS & BOCKIUS LLP |
| | 5300 Wachovia Financial Center |
| | 200 South Biscayne Boulevard |
| | Miami, Florida 33131-2339 |
| | Tel: 305-415-3456 |
| | Fax: 305-415-3001 |
| | rbrochin@morganlewis.com |
| | **Counsel for MERSCORP, Inc. and Mortgage Electronic Registration Systems, Inc.** |

Dated:  March 9, 2012

**CERTIFICATE OF SERVICE**

**9th Circuit Case Number:  11-17615**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system on March 9, 2012.

Participants in the case who are registered CM/ECF users will be served by the appellate CM/ECF system.

I further certify that some of the participants in the case are not registered CM/ECF users.  I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within 3 calendar days to the following non-CM/ECF participants:

| | |
|---|---|
| Zachary T. Ball<br>Fidelity National Law Group<br>3890 Howard Hughes Parkway<br>Suite 230<br>Las Vegas, NV 89169 | Peter E. Dunkley<br>Wolfe & Wyman LLP<br>980 Kelly Johnson Drive<br>Suite 140<br>Las Vegas, NV 89119 |
| Stephen Hart<br>1700 G St. NW<br>Washington, DC 20552 | Gregory Michael Monaco<br>Mack Drucker & Watson, PLC<br>3200 N. Central Avenue<br>Suite 1200<br>Phoenix, AZ 85012 |
| Michael Pennington<br>Bradley Arant<br>P.O. Box 830709<br>Birmingham, AL 35283-0709 | Joseph T. Prete<br>Smith Larsen & Wixom<br>Hills Center Business Park<br>1935 Village Center Circle<br>Las Vegas, NV 89134 |
| U. Gwyn Williams<br>GOODWIN PROCTER, LLP<br>Exchange Place<br>53 State Street<br>Boston, MA 02109-2881 | |

*s/ Gregory N. Blase*_____
Gregory N. Blase