

**11-17615**
Linda Patton   to: cmecf ca9central                                  03/09/2012 01:32 PM

District of Arizona Case Number: 2:09-md-2119-JAT, CV 10-1474 PHX-JAT

- pdf.pdf

11-17615

Linda Patton
602-322-7221

RECEIVED
MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

MAR - 9 2012

FILED
DOCKETED
           DATE
                INITIAL

Stephen M. Dichter
Gregory Michael Monaco
HARPER CHRISTIAN DICHTER & SLUGA PC
2700 N. Central Ave.
Ste 1200
Phoenix, AZ 85004
602-792-1700
Fax: 602-792-1710
Email: sdichter@hcdslaw.com
       gmonaco@hcdslaw.com

R. Bruce Allensworth, *pro hac vice*
Brian M. Forbes, *pro hac vice*
Gregory N. Blase, *pro hac vice*
K&L GATES LLP
State Street Financial Center
One Lincoln Street
Boston, MA 02111
Tel. (617) 261-3100
Fax (617) 261-3175
Email:  bruce.allensworth@klgates.com
        brian.m.forbes@klgates.com
        gregory.blase@klgates.com
**Attorneys for Litton Loan Servicing LP and Bank of New York-Mellon, as Trustee**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| IN RE MORTGAGE ELECTRONIC REGISTRATION SYSTEMS (MERS) LITIGATION | Case No. 2:09-md-02119-JAT (D. Ariz.) |
| THIS DOCUMENT RELATES TO: | Case No. 2:10-cv-1474 (D. Ariz.)<br>Case No. CV-10-460-MO (D. Or.) |
| PABLO E. LEON and IRENE S. RODRIGUEZ, | |
| Plaintiffs,<br>v. | **STIPULATED NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |
| OWNIT MORTGAGE SOLUTIONS, INC., *et al.* | |
| Defendants. | |

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, plaintiffs Pablo E. Leon and Irene E. Rodriguez ("plaintiffs") and defendants Litton Loan Servicing LP ("Litton"), Bank

1  of New York-Mellon, f/k/a the Bank of New York, as Trustee as administrator for the holders of

2  Ownit Mortgage Loan Asset-Backed Certificates, Series 2006-1 ("BNY Mellon, as Trustee"),

3  MERSCORP, Inc. ("MERSCORP"), and Mortgage Electronic Registration Systems, Inc.

4  ("MERS") (collectively, "defendants") hereby stipulate as follows:

5      1.    Plaintiffs Leon, acting solely for themselves, voluntarily dismiss this action in its

6  entirety and with prejudice;

7      2.    Each party shall bear its own costs and expenses, including attorneys' fees; and

8      3.    Plaintiffs hereby waive any rights of appeal.

9  SUBMITTED this 9th day of March, 2012

|  |  |
|---|---|
|  | LITTON LOAN SERVICING LP and BANK OF NEW YORK-MELLON, AS TRUSTEE |
| See Exhibit A<br>Pablo E. Leon<br>**Plaintiff**, *pro se* | /s/ Gregory N. Blase<br>by Gregory N. Blase, *pro hac vice*<br>K&L GATES LLP<br>**Counsel for Defendants Litton Loan Servicing LP and Bank of New York-Mellon, as Trustee** |
|  | MERSCORP, INC. and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. |
| See Exhibit A<br>Irene E. Rodriguez<br>**Plaintiff**, *pro se* | /s/ Robert M. Brochin (by permission)<br>by Robert M. Brochin, *pro hac vice*<br>MORGAN, LEWIS & BOCKIUS<br>**Attorneys for Defendants MERSCORP, Inc. and Mortgage Electronic Registration Systems, Inc. in MERS MDL - Case No. (2:09-md-2119)** |

## CERTIFICATE OF SERVICE

I hereby certify that on March 9, 2012, I electronically transmitted the above **STIPULATED NOTICE OF VOLUNTARY DISMISSAL** to the Office of the Clerk of the United States District Court for the District of Arizona using the Court's CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all counsel of record in this matter; all counsel being registered to receive Electronic Filing. Additionally, I served the following non-registered parties with a copy of the above **STIPULATED NOTICE OF VOLUNTARY DISMISSAL** pursuant to the Federal Rules of Civil Procedure:

Pablo E. Leon
Irene E. Rodriguez
15029 Emerson Ct.
Oregon City, OR 97045

/s/ Gregory N. Blase
Gregory N. Blase

# Exhibit A

```
 1  Stephen M. Dichter
    Gregory Michael Monaco
 2  HARPER CHRISTIAN DICHTER & SLUGA PC
    2700 N. Central Ave.
 3  Ste 1200
    Phoenix, AZ 85004
 4  602-792-1700
    Fax: 602-792-1710
 5  Email: sdichter@hcdslaw.com
 6         gmonaco@hcdslaw.com

 7  R. Bruce Allensworth, pro hac vice
    Brian M. Forbes, pro hac vice
 8  Gregory N. Blase, pro hac vice
    K&L GATES LLP
 9  State Street Financial Center
    One Lincoln Street
10  Boston, MA 02111
11  Tel. (617) 261-3100
    Fax  (617) 261-3175
12  Email:  bruce.allensworth@klgates.com
            brian.m.forbes@klgates.com
13          gregory.blase@klgates.com
14  Attorneys for Litton Loan Servicing LP and Bank of
    New York-Mellon, as Trustee
```

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| IN RE MORTGAGE ELECTRONIC REGISTRATION SYSTEMS (MERS) LITIGATION | Case No. 2:09-md-02119-JAT (D. Ariz.) |
| THIS DOCUMENT RELATES TO: | Case No. 2:10-cv-1474 (D. Ariz.) Case No. CV-10-460-MO (D. Or.) |
| PABLO E. LEON and IRENE S. RODRIGUEZ, | |
| Plaintiffs, v. | **STIPULATED NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |
| OWNIT MORTGAGE SOLUTIONS, INC., et al. | |
| Defendants. | |

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, plaintiffs Pablo E. Leon and Irene E. Rodriguez ("plaintiffs") and defendants Litton Loan Servicing LP ("Litton"), Bank

of New York-Mellon, f/k/a the Bank of New York, as Trustee as administrator for the holders of Ownit Mortgage Loan Asset-Backed Certificates, Series 2006-1 ("BNY Mellon, as Trustee"), MERSCORP, Inc. ("MERSCORP"), and Mortgage Electronic Registration Systems, Inc. ("MERS") (collectively, "defendants") hereby stipulate as follows:

1. Plaintiffs Leon, acting solely for themselves, voluntarily dismiss this action in its entirety and with prejudice;

2. Each party shall bear its own costs and expenses, including attorneys' fees; and

3. Plaintiffs hereby waive any rights of appeal.

SUBMITTED this __ day of _____, 2012

_____
Pablo E. Leon
**Plaintiff,** *pro se*

_____
Irene E. Rodriguez Leon
**Plaintiff,** *pro se*

LITTON LOAN SERVICING LP and BANK OF NEW YORK-MELLON, AS TRUSTEE

_____
by Gregory N. Blase, *pro hac vice*
K&L GATES LLP
**Counsel for Defendants Litton Loan Servicing LP and Bank of New York-Mellon, as Trustee**

MERSCORP, INC. and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.

_____
by Robert M. Brochin, *pro hac vice*
MORGAN, LEWIS & BOCKIUS
**Attorneys for Defendants MERSCORP, Inc. and Mortgage Electronic Registration Systems, Inc. in MERS MDL - Case No. (2:09-md-2119)**

## CERTIFICATE OF SERVICE

I hereby certify that on March __, 2012, I electronically transmitted the above **STIPULATED NOTICE OF VOLUNTARY DISMISSAL** to the Office of the Clerk of the United States District Court for the District of Arizona using the Court's CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all counsel of record in this matter; all counsel being registered to receive Electronic Filing.  Additionally, I served the following non-registered parties with a copy of the above **STIPULATED NOTICE OF VOLUNTARY DISMISSAL** pursuant to the Federal Rules of Civil Procedure:

Pablo E. Leon
Irene E. Rodriguez
15029 Emerson Ct.
Oregon City, OR 97045

_____
Gregory N. Blase