# UNITED STATES COURT OF APPEALS

# FOR THE NINTH CIRCUIT

| | |
|---|---|
| In re: MORTGAGE ELECTRONIC REGISTRATION SYSTEMS (MERS) LITIGATION. | No. 11-17615<br><br>D.C. No. 2:09-md-02119-JAT<br>District of Arizona,<br>Phoenix |
| JONATHAN E. ROBINSON; et al.,<br><br>               Plaintiffs –<br>Appellants,<br><br>v.<br><br>AMERICAN HOME MORTGAGE SERVICING, INC.; et al.,<br><br>               Defendants –<br>Appellees. | **CORPORATE DISCLOSURE STATEMENT** |

American Home Mortgage Servicing, Inc. certifies that the following have an interest in the outcome of this case or are related to entities interested in the case:

/ / /

/ / /

/ / /

American Home Mortgage Servicing, Inc., is majority owned by entities affiliated with WL Ross & Co. LLC, which in turn is wholly owned by Invesco Private Capital, Inc., which is an indirect wholly owned subsidiary of Invesco LTD, a publicly traded corporation whose stock trades under the symbol IVZ on the New York Stock Exchange.

Dated: March 15, 2012            SNELL & WILMER L.L.P.

By: /s/Cynthia L. Alexander
    Cynthia L. Alexander, Esq.
    Nevada Bar No. 6718
    3883 Howard Hughes Parkway
    Suite 1100
    Las Vegas, NV  89169
    Telephone (702) 784-5200
    Facsimile (702) 784-5252
    calexander@swlaw.com

*Attorneys for American Home Mortgage Servicing, Inc.*

14533761.2

## CERTIFICATE OF SERVICE

### (9th Circuit Case Number: 11-7615)

I hereby certify that on this 15th day of March, 2012, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system.

Participants in the case who are registered CM/ECF users will be served by the appellate CM/ECF system.

I further certify that some of the participants in the case are not registered CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have it dispatched to a third party commercial carrier for delivery within 3 calendar days to the following non-CM/ECF participants:

| | |
|---|---|
| Zachary T. Ball<br>Fidelity National Law Group<br>3890 Howard Hughes Parkway<br>Suite 230<br>Las Vegas, NV 89169 | Peter E. Dunkley<br>Wolfe & Wyman LLP<br>980 Kelly Johnson Drive<br>Suite 140<br>Las Vegas, NV 89119 |
| Stephen Hart<br>1700 G St. NW<br>Washington, DC 20552 | Gregory Michael Monaco<br>Mack Drucker & Watson, PLC<br>3200 N. Central Avenue<br>Suite 1200<br>Phoenix, AZ 85012 |
| Michael Pennington<br>Bradley Arant<br>P.O. Box 830709<br>Birmingham, AL 35283-0709 | Joseph T. Prete<br>Smith Larsen & Wixom<br>Hills Center Business Park<br>1935 Village Center Circle<br>Las Vegas, NV 89134 |

An employee of Snell & Wilmer L.L.P.

14533761.2