WUNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| RONALD E. FREETO,<br><br>           Plaintiff – Appellant,<br><br>vs.<br><br>LITTON LOAN SERVICING LP; et al.,<br><br>           Defendants – Appellees. | No. 11-17615<br><br>U.S.D.C. No. 2:09-md-02119-JAT<br>U.S. District Court for District of Arizona<br><br>**STIPULATION FOR VOLUNTARY DISMISSAL OF CLAIMS BY APPELLANT ROBERT FREETO** |

      Pursuant to Fed. R. App. P. 42(b), Appellant, RONALD E. FREETO ("Freeto"), by and through his counsel, TREVA HEARNE, ESQ. of the LAW OFFICE OF HAGER & HEARNE and Appellee, LITTON LOAN SERVICING LP ("Litton"), by and through its counsel, MELANIE MORGAN, ESQ. of the Law Offices of KRAVITZ, SCHNITZER, SLOANE & JOHNSON CHTD., hereby stipulate and agree that Freeto's appeal of the dismissal of his claims against Appellee is hereby dismissed.

      Specifically, Freeto voluntarily dismisses his claims for wrongful foreclosure (Count Two in MERS MDL Consolidated Amended Master Complaint); declaratory relief (Count Eleven in MERS MDL Consolidated Amended Master Complaint); and injunctive relief (Count Twelve in MERS MDL Consolidated Amended Master Complaint).

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

Each party shall bear his, her, or its own costs and expenses, including attorneys' fees (except as otherwise agreed to by the parties). Any fees are to be paid in accordance with Rule 39 of the Federal Rules of Appellate Procedure.

**IT IS SO STIPULATED.**

DATED this 20th day of March, 2012

| HAGER & HEARNE | KRAVITZ, SCHNITZER, SLOANE & JOHNSON, CHTD. |
|---|---|
| /s/ Treva Hearne, Esq. | /s/ Melanie D. Morgan, Esq. |
| TREVA HEARNE, ESQ. | GARY E. SCHNITZER, ESQ. |
| Nevada Bar No. 445 | Nevada Bar No. 395 |
| 245 E. Liberty Street, Suite 110 | MELANIE D. MORGAN, ESQ. |
| Reno, NV 89501 | Nevada Bar No. 8215 |
| Telephone: (775) 329-5800 | 8985 S. Eastern Ave., Ste. 200 |
| Facsimile: (775) 329-5819 | Las Vegas, NV 89123 |
| Email: trevahearn@aol.com | Telephone: (702) 222-4149 |
| *Attorney for Plaintiff* | Facsimile: (702) 362-2203 |
| *Ronald E. Freeto* | Email: mmorgan@kssattorneys.com |
| | *Attorneys for Defendant, Litton Loan Servicing LP* |

## CERTIFICATE OF SERVICE

### 9th Circuit Case Number: 11-17615

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system on March 20, 2012.

Participants in the case who are registered CM/ECF users will be served by the appellate CM/ECF system.

I further certify that some of the participants in the case are not registered CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within 3 calendar days to the following non-CM/ECF participants:

/s/ Melanie D. Morgan, Esq.
Melanie D. Morgan