# UNITED STATES COURT OF APPEALS

## FOR THE NINTH CIRCUIT

| | |
|---|---|
| MARIE HUYNH, | No. 11-17615 |
| Plaintiff – Appellant, | U.S.D.C. No. 2:09-md-02118-JAT<br>U.S. District Court, District of Arizona |
| vs. | **STIPULATION FOR VOLUNTARY<br>DISMISSAL OF CLAIMS BY<br>APPELLANT MARIE HUYNH** |
| LITTON LOAN SERVICING LP; et al., | |
| Defendants – Appellees. | |

Pursuant to Fed. R. App. P. 42(b), Appellant, MARIE HUYNH ("Huynh"), by and through her counsel, TREVA HEARNE, ESQ. of the LAW OFFICE OF HAGER & HEARNE and Appellee, LITTON LOAN SERVICING LP ("Litton"), by and through its counsel, MELANIE MORGAN, ESQ. of the Law Offices of KRAVITZ, SCHNITZER, SLOANE & JOHNSON CHTD., hereby stipulate and agree that Huynh's appeal of the dismissal of her claims against Appellee is hereby dismissed.

Specifically, Huynh voluntarily dismisses her claims for wrongful foreclosure (Count Two in MERS MDL Consolidated Amended Master Complaint); declaratory relief (Count Eleven in MERS MDL Consolidated Amended Master Complaint); and injunctive relief (Count Twelve in MERS MDL Consolidated Amended Master Complaint).

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

KRAVITZ, SCHNITZER, SLOANE & JOHNSON, CHTD.
8985 S. Eastern Ave., Ste. 200
Las Vegas, Nevada 89123
(702) 362-66666

1

Each party shall bear his, her, or its own costs and expenses, including attorneys' fees (except as otherwise agreed to by the parties). Any fees are to be paid in accordance with Rule 39 of the Federal Rules of Appellate Procedure.

**IT IS SO STIPULATED.**

DATED this 20th day of March, 2012

HAGER & HEARNE

KRAVITZ, SCHNITZER, SLOANE & JOHNSON, CHTD.

*/s/ Treva Hearne, Esq.*
TREVA HEARNE, ESQ.
Nevada Bar No. 445
245 E. Liberty Street, Suite 110
Reno, NV 89501
Telephone: (775) 329-5800
Facsimile: (775) 329-5819
Email: trevahearn@aol.com
*Attorney for Plaintiff*
*Marie Huynh*

*/s/ Melanie D. Morgan, Esq.*
GARY E. SCHNITZER, ESQ.
Nevada Bar No. 395
MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
8985 S. Eastern Ave., Ste. 200
Las Vegas, NV 89123
Telephone: (702) 222-4149
Facsimile: (702) 362-2203
Email: mmorgan@kssattorneys.com
*Attorneys for Defendant, Litton Loan Servicing LP*

## CERTIFICATE OF SERVICE

### 9th Circuit Case Number: 11-17615

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system on March 20th, 2012.

Participants in the case who are registered CM/ECF users will be served by the appellate CM/ECF system.

I further certify that some of the participants in the case are not registered CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within 3 calendar days to the following non-CM/ECF participants:

*/s/ Melanie D. Morgan, Esq.*
Melanie D. Morgan

KRAVITZ, SCHNITZER, SLOANE &
JOHNSON, CHTD.
8985 S. Eastern Ave., Ste. 200
Las Vegas, Nevada 89123
(702) 362-66666

2