1   **UNITED STATES COURT OF APPEALS**

2   **FOR THE NINTH CIRCUIT**

| | |
|---|---|
| 3   GRANT MATTHEW YOUNGREN, | No. 11-17615 |
| 4               Plaintiff – Appellant, | U.S.D.C. No. 2:09-md-02119-JAT |
| 5   vs. | U.S. District Court for District of Arizona |
| 6   LITTON LOAN SERVICING LP; et al., | **STIIPULATION FOR VOLUNTARY DISMISSAL OF CLAIMS BY APPELLANT GRANT MATTHEW YOUNGREN** |
| 7               Defendants – Appellees. | |

8

9   Pursuant to Fed. R. App. P. 42(b), Appellant, GRANT MATTHEW YOUNGREN

10  ("Youngren"), by and through his counsel, TREVA HEARNE, ESQ. of the LAW OFFICE OF

11  HAGER & HEARNE and Appellee, LITTON LOAN SERVICING LP ("Litton"), by and

12  through its counsel, MELANIE MORGAN, ESQ. of the Law Offices of KRAVITZ,

13  SCHNITZER, SLOANE & JOHNSON CHTD., hereby stipulate and agree that Youngren's

14  appeal of the dismissal of his claims against Appellee is hereby dismissed.

15  Specifically, Youngren voluntarily dismisses his claims for wrongful foreclosure (Count

16  Two in MERS MDL Consolidated Amended Master Complaint); declaratory relief (Count

17  Eleven in MERS MDL Consolidated Amended Master Complaint); and injunctive relief (Count

18  Twelve in MERS MDL Consolidated Amended Master Complaint).

19  / / /

20  / / /

21  / / /

22  / / /

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

KRAVITZ, SCHNITZER, SLOANE & JOHNSON, CHTD.
8985 S. Eastern Ave., Ste. 200
Las Vegas, Nevada 89123
(702) 362-6666

1

1    Each party shall bear his, her, or its own costs and expenses, including attorneys' fees

2    (except as otherwise agreed to by the parties).  Any fees are to be paid in accordance with Rule

3    39 of the Federal Rules of Appellate Procedure.

4    **IT IS SO STIPULATED.**

5    DATED this 20th day of March, 2012.

6    HAGER & HEARNE                          KRAVITZ, SCHNITZER, SLOANE &
                                             JOHNSON, CHTD.
7

8    */s/ Treva Hearne, Esq.*                 */s/ Melanie D. Morgan, Esq.*
     TREVA HEARNE, ESQ.                       GARY E. SCHNITZER, ESQ.
     Nevada Bar No. 445                       Nevada Bar No. 395
9    245 E. Liberty Street, Suite 110         MELANIE D. MORGAN, ESQ.
     Reno, NV 89501                           Nevada Bar No. 8215
10   Telephone: (775) 329-5800                8985 S. Eastern Ave., Ste. 200
     Facsimile: (775) 329-5819                Las Vegas, NV 89123
11   Email: trevahearn@aol.com                Telephone: (702) 222-4149
     *Attorney for Plaintiff*                 Facsimile: (702) 362-2203
12   *Grant Matthew Youngren*                 Email: mmorgan@kssattorneys.com
                                             *Attorneys for Defendant, Litton Loan Servicing*
13                                           *LP*

14

15                          **CERTIFICATE OF SERVICE**

16                    **9th Circuit Case Number: 11-17615**

17       I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the
     United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system on
18   March 20, 2012.

19       Participants in the case who are registered CM/ECF users will be served by the appellate
20   CM/ECF system.

21       I further certify that some of the participants in the case are not registered CM/ECF users.
     I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it
22   to a third party commercial carrier for delivery within 3 calendar days to the following non-
     CM/ECF participants:
23

24

25                            */s/ Melanie D. Morgan, Esq.*
                              Melanie D. Morgan
26

27

28

KRAVITZ, SCHNITZER, SLOANE &
JOHNSON, CHTD.
8985 S. Eastern Ave., Ste. 200
Las Vegas, Nevada 89123
(702) 362-66666