No. 11-17615

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

| | |
|---|---|
| In re: MORTGAGE ELECTRONIC REGISTRATION SYSTEMS (MERS) LITIGATION. | District Court Case No.: 2:09-md-02119-JAT District of Arizona, Phoenix |
| JONATHAN E. ROBINSON, et al.<br><br>Plaintiffs-Appellants,<br><br>vs.<br><br>AMERICAN HOME MORTGAGE SERVICING, INC., et al.,<br><br>Defendants-Appellees. | |

ON APPEAL FROM AN ORDER AND JUDGMENT
OF THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

### **APPELLANTS' NOTICE REGARDING INTENT TO PROSECUTE APPEAL**

Pursuant to this court's order (Doc. No. 64), holding this appeal in abeyance pending the District Court's ruling on a pending motion, and ordering that Appellants notify this court in writing of the court's ruling on the pending motion and of Appellants' intention to prosecute this appeal, Appellants hereby notify this court that the U.S. District Court for the District of Arizona denied the Motion for

1

Reconsideration on March 20, 2012, and that Appellants intend to prosecute the appeal.

DATED this 22nd day of March, 2012.

| | |
|---|---|
| By /s/ William A. Nebeker<br>William A. Nebeker<br>Valerie R. Edwards<br>**KOELLER NEBEKER CARLSON & HALUCK, LLP**<br>3200 North Central Avenue, Suite 2300<br>Phoenix, Arizona 85012-2443<br>Telephone: (602) 256-0000<br>Facsimile: (602) 256-2488<br>nebeker@knchlaw.com<br>valerie.edwards@knchlaw.com<br>Attorneys for Plaintiffs-Appellants | By /s/ Robert R. Hager<br>Robert R. Hager<br>Treva J. Hearne<br>**HAGER & HEARNE**<br>245 E. Liberty Street, Suite 110<br>Reno, Nevada 89501<br>Telephone: (775) 329-5811<br>Facsimile: (775)<br>rhager@hagerhearnelaw.com<br>thearne@hagerhearnelaw.com<br>Co-Counsel for Plaintiffs-Appellants |

# CERTIFICATE OF SERVICE
## U.S. COURT OF APPEALS, 9TH CIRCUIT
## CASE NO. 11-17615

I hereby certify that on March 22, 2012, the foregoing document was filed through the Ninth Circuit Court of Appeals Electronic Case Filing System, with a copy electronically submitted to all parties registered in the system.

By:   /s/   Alice Ruiz