# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

| | |
|---|---|
| IN RE: MORTGAGE ELECTRONIC REGISTRATION SYSTEMS (MERS) LITIGATION<br><br>JONATHAN E. ROBINSON; et. al., APPELLANTS<br><br>v.<br><br>AMERICAN HOME MORTGAGE SERVICING, INC., et. al., APPELLEES | NO. 11-17615<br><br>D.C. NO. 2:09-MD-02119<br>(DISTRICT OF ARIZONA) |

## APPELLANTS' MOTION TO EXCEED PAGE LIMITATIONS

Robert R. Hager (NV State Bar No. 1482)
Treva J. Hearne (NV State Bar No. 4450, CA State Bar No. 159542)
HAGER & HEARNE
245 E. Liberty St., Ste. 110
Reno, NV 89501
Tel: (775) 329-5800
Fax: (775) 329-5819

William A. Nebeker (Az State Bar No. 004919, CA State Bar No. 72079)
Valerie R. Edwards (Az State Bar No. 017217)
KOELLER NEBEKER CARLSON & HALUCK, LLP
3200 North Central Ave., Ste. 2300
Phoenix, AZ 85012
Tel: (602) 256-0000
Fax: (602) 256-2488

Pursuant to Ninth Circuit Rule 32-2, Appellants respectfully seek the Court's leave to file an Opening Brief in excess of the thirty (30) pages allotted by Fed. R. App. P. 32(a)(7)(A). Specifically, Appellants respectfully request the Court's leave to file an opening brief of no more than fifty-one (51) pages in length.

This request is amply justified by the complexity of the issues present in this case, specifically the complexity of the Multidistrict Litigation which is at the core of this appeal. Appellants have attempted to confine this brief to the thirty page limit, but were unable to comply while sufficiently briefing the issue. Appellants respectfully submit that a fifty-one (51) page brief is warranted to address these matters fairly and efficiently. We therefore request leave to file a brief of no more than fifty-one (51) pages in length.

DATED this 11th day of June, 2012.

                                               _/s/ TREVA J. HEARNE_

                                               TREVA J. HEARNE, ESQ.
                                               HAGER & HEARNE
                                               245 E. Liberty St., Suite 110
                                               Reno, NV 89501
                                               (775) 329-5800
                                               Attorney for the Appellants

## **CERTIFICATE OF SERVICE**

I certify that I am an employee of HAGER & HEARNE and I hereby certify that on today's date the MOTION TO EXCEED was electronically transmitted to the Clerk of the Court using the CM/ECF System which will send notification of such filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants.

DATED this 11th day of June, 2012.


                                                */s/ Jennifer Sharp*_____
                                                JENNIFER SHARP