Keith D. Koeller ·
William A. Nebeker ·‡
Robert C. Carlson ·†
William L. Haluck ·
Joseph J. Cullen ·†
Lynn M. Bouslog (1953-1997)
Edward W. Schmitt ·
Megan K. Dorsey ·†
Mark D. Newcomb ·†
Robert A. Fisher II ·
Martha J. Dorsey ·†
Erik R. Musurlian ·
Jerome R. Satran ·
Jay M. Bulger ·†
Gary L. Hoffman ·
Sharon A. Huerta ·
Jason W. Williams ·†
Zahnie L. Soe Myint ‡
John P. Donovan ·
Troy G. Allen ‡
Ian P. Gillan †^
Jennifer A. Salem †
John R. Haluck ·
Christopher J. Grossi ·
Chad N. Dunigan ·†^
Jeffrey M. McConnell ·
Judith A. Downs ·‡
Maria K. Pleše ·
Valerie Edwards ‡^
Tracy L. Hughes ·
John C. Pytel ·†
Stephanie L. Young ·†
Mark F. Roach †
Megan Mahoney †
Andrew C. Green †
Karl J. Gruse ‡
Michael J. Logan ·
John H. Cline ‡
Rick E. Snyder ·
Fort A. Zackary, Jr. ·
Richard G. Somes ·
Michael P. Zech ·
Jennifer A. Weiner ·
James M. O'Brien ·‡
Bonnie J. Bennett ·
Sarah P. Long ·†
Alicia A. Young †
Andre C. Robin ·
Richard D. Young †
Douglas C. Koeller ·
Michael Rossiter ·
Scott A. Davis ·
Ryan T. Antes ·
Joshua M. Kimura ·
Phillip Chan ·
David M. Gould †
Cassandra S. Cummings †
Joshua D. Carlson †
Valerie Del Grosso †
Peggy A. Lane ·
Stephanie Mackeen †
J. T. B. Shoaf ‡
William J. Ferguson ·
Sara J. Woods ·
William A. Trotter ·
Joseph T. Speaker ·
Gregory S. Warner ·
Christina M. Locher ‡
Brittany L. McCarthy ·
Zachary M. Schwartz ·
Katherine E. Carlson ·
Mary E. Coombe ·
Andrew J. Sharples †
Erica A. Vesic ·
Kira N. Simnioniw ‡
Tabitha R. Myers ‡
D. Nicole Laudwig †
Megan O. Barnett ·
Stephanie A. Stellrecht ·
Kate A. Greenfield ·
Denise Cespedes ^
Justin M. Leise ^
Erin P. Myers ^
Caroline S. Roske †
Alika K. Angerman †
Sean D. O'Dowd ·
Ember J. Oparowski ·
Seth A. Garrett ·

Of Counsel
Dennis K. Wheeler ·
Christopher Haydn-Myer ·
Peter W. Dye ·

Director Of Administration
W. Dale Langley

Director Of Client Relations
Marcia A. Cullen

# KOELLER  NEBEKER  CARLSON  HALUCK LLP

June 20, 2014

Thomson Reuters
610 Opperman Drive
P.O. Box 64526
St. Paul, MN  55164-0526
Attn.:  Jean Green, Senior Publications Coordinator

    RE:  In re:  Mortgage Electronic Registration Systems, Inc., Ninth Circuit Court
         of Appeals No. 11-17615
         Opinion filed June 12, 2014
         Correction of Counsel for Plaintiffs-Appellants

Dear Ms. Green:

    Per the Information Regarding Judgment and Post-Judgment Proceedings issued in the above-referenced matter, this letter is to advise that the counsel listing on the decision should be corrected to delete Lisa Irene Streu as one of the attorneys listed as counsel for Plaintiffs-Appellants.

    Thank you for your attention to this matter.

                              Sincerely,

                              Koeller, Nebeker, Carlson & Haluck, LLP

                              /s/ Valerie R. Edwards

                              Valerie.Edwards@knchlaw.com
                              Valerie.Edwards@knchlaw.com

VRE/dmm